# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN ) 
TEAMSTERS OF NORTHERN ILLINOIS ) Docket Number: 08CV2280
PENSION AND WELFARE FUNDS, )
) Assigned Judge: JUDGE ANDERSEN
)
v. ) Designated    MAGISTRATE JUDGE DENLOW
) Magistrate Judge:
)
MCDONALD TRANSPORT CORP., an )
Illinois corporation )
)

TO: (Name and address of defendant)

> MCDONALD TRANSPORT CORP.
> an Illinois corporation
> c/o Its President and Registered Agent
> Patrick M. McDonald
> 904 Cassie Drive
> Joliet, Illinois 60435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> JOHN J. TOOMEY
> ARNOLD AND KADJAN
> 19 W. Jackson Boulevard, Suite 300
> Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk            Date

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK                    April 22, 2008
                                     Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/28/08 @ 6:20 pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Serve |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
Served McDonald Transport Corp c/o Sharon McDonald
its Corporate Secretary at her residence: 904 Cassel A,
Joliet IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: (W/F, 50, 5'nothr)

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                 Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.