IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD TRANSPORT CORP. an Illinois corporation not in good standing, and PATRICK MCDONALD, Individually <br><br> Defendants. | No. 08 C 2280 <br><br> Judge Andersen <br><br> Magistrate Judge Denlow |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:  MCDONALD TRANSPORT CORP.
     an Illinois corporation
     c/o Its President and Registered Agent
     Patrick M. McDonald
     904 Cassie Drive
     Joliet, Illinois  60435

     Patrick M. McDonald, Individually
     904 Cassie Drive
     Joliet, Illinois  60435

PLEASE TAKE NOTICE that on June 5, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1.  Amended Complaint.

a copy of which is attached hereto and served upon you.

                                        TRUSTEES OF THE SUBURBAN TEAMSTERS
                                        OF NORTHERN ILLINOIS WELFARE AND
                                        PENSION FUNDS

                                        s/John J. Toomey
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        Telephone No.: (312) 236-0415
                                        Facsimile No.: (312) 341-0438
                                        Dated: June 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

MCDONALD TRANSPORT CORP.
an Illinois corporation
c/o Its President and Registered Agent
Patrick M. McDonald
904 Cassie Drive
Joliet, Illinois 60435

Patrick M. McDonald, Individually
904 Cassie Drive
Joliet, Illinois 60435

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 5, 2008