UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Suburban Teamsters of Northern Illinois Pension Fund and Welfare Fund, The

                              Plaintiff,

v.                                    Case No.: 1:08−cv−02280

                                   Honorable Wayne R. Andersen

McDonald Transport Corp., et al.

                              Defendant.

### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 23, 2008

                                                                 /s/ Wayne R. Andersen

                                                                United States District Judge