IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiffs,<br><br>   v.<br><br>MCDONALD TRANSPORT CORP. an Illinois corporation not in good standing, and PATRICK MCDONALD, Individually<br><br>        Defendants. | No. 08 C 2280<br><br>Judge Andersen<br><br>Magistrate Judge Denlow |

### NOTICE OF DISMISSAL

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and pursuant to FRCP Rule 41(a)(1)(i) dismisses the above captioned case without prejudice, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. Upon payment in full of the note balances as set forth in the Settlement Agreements, which are attached, this case shall be dismissed with prejudice on September 1, 2009.

                                  TRUSTEES OF THE SUBURBAN TEAMSTERS
                                  OF NORTHERN ILLINOIS WELFARE AND
                                  PENSION FUND, Plaintiffs

                                  s/John J. Toomey
                                  ARNOLD AND KADJAN
                                  19 W. Jackson Blvd., Suite 300
                                  Chicago, IL 60604
                                  Telephone No.: (312) 236-0415
                                  Facsimile No.: (312) 341-0438
                                  Dated: June 25, 2008

## SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

### McDonald Transport, Inc. : Welfare Fund
June 20, 2008

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Welfare** Fund the principal total of $ 5,040.72 ( **Five Thousand Forty and 72/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period Aug., 2006 through March, 2008.

The Employer shall make a **down payment of $ 1,260.18** on June 20, 2008, leaving a principal **balance of $ 3,780.54**. That balance is to be paid with 10% annual interest in 12 equal and consecutive monthly **installments of $ 332.37** beginning on July 30, 2008. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1275 W. Roosevelt Rd. Unit 121
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _____ Date: 6-20-08
Patrick McDonald, President
McDonald Transport, Inc.

_____ Date: 6-20-08
Patrick McDonald, Individually

*Received JUN 24 2008 Pension Fund Office*

## SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

### McDonald Transport, Inc. : Pension Fund
June 20, 2008

*Received JUN 24 2008 Pension Fund Office*

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois Pension Fund the principal total of $ 2,247.13 ( **Two Thousand Two Hundred Forty Seven and 13/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period Nov., 2006 through March, 2008.

The Employer shall make a **down payment** of $ 561.78 on June 20, 2008, leaving a principal **balance** of $ 1,685.35. That balance is to be paid with 10% annual interest in 12 equal and consecutive monthly **installments** of $ 148.17 beginning on July 30, 2008. Payments should be sent to:

Suburban Teamsters of Northern Illinois
1275 W. Roosevelt Rd. Unit 121
West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _[signature]_   Date: 6-20-08
Patrick McDonald, President
McDonald Transport, Inc.

_[signature]_   Date: 6-20-08
Patrick McDonald, Individually