**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) | |
| Plaintiffs, | ) | No. 08 C 2280 |
| v. | ) | Judge Andersen |
| MCDONALD TRANSPORT CORP. an Illinois corporation not in good standing, and PATRICK MCDONALD, Individually | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: MCDONALD TRANSPORT CORP.
an Illinois corporation
c/o Its President and Registered Agent
Patrick M. McDonald
904 Cassie Drive
Joliet, Illinois 60435

Patrick M. McDonald, Individually
904 Cassie Drive
Joliet, Illinois 60435

PLEASE TAKE NOTICE that on June 26, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1. Notice of Dismissal.

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 26, 2008

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

.

MCDONALD TRANSPORT CORP.
an Illinois corporation
c/o Its President and Registered Agent
Patrick M. McDonald
904 Cassie Drive
Joliet, Illinois 60435

Patrick M. McDonald, Individually
904 Cassie Drive
Joliet, Illinois 60435

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 26, 2008