IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08 C 2280 ) ) Judge Andersen ) |
| MCDONALD TRANSPORT CORP. an Illinois corporation not in good standing, and PATRICK MCDONALD, Individually | ) Magistrate Judge Denlow ) ) ) |
| Defendants. | ) |

## MOTION TO REINSTATE AND FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and moves to reinstate the case which was previously dismissed pursuant to a Notice of Dismissal on June 26, 2008 and pursuant to FRCP 55 move for entry of a default judgment in sum certain based upon the Defendant's default in the settlement agreement as stated in the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. On June 26, 2008, the case was dismissed with leave to reinstate before September 1, 2009 pursuant to the terms of a written settlement agreement which called for the prompt payment of the installment payments copies of which are attached to the Affidavit of Olga Kane as Exhibits A through D.

2. The initial installment payments were made; however, Defendants have has defaulted on the May 30, 2009 through June 30, 2009 installment payments, was given notice and an opportunity to cure.

3. Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

      $295.11  Pension
      $661.99  Welfare
      $925.00  Attorneys fees
      <u>$447.00</u>  Court costs
  $2,329.10

WHEREFORE, Plaintiffs pray that the action be reinstated and for the entry of judgment against Defendants, MCDONALD TRANSPORT CORP., an Illinois corporation not in good standing, and PATRICK MCDONALD, Individually and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $2,329.10.

        s/John J. Toomey
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: August 13, 2009